## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

JOUSEPH DE JESUS-REYES,

Defendant.

INDICTMENT

Criminal No. 25-174(GMM)

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)

Forfeiture Allegation

**TWO COUNTS**

RECEIVED & FILED
CLERK'S OFFICE
APR - 3 2025
US DISTRICT COURT
SAN JUAN, PR
6:24
mda

**THE GRAND JURY CHARGES:**

## COUNT ONE
**Prohibited Person in Possession of Firearms and Ammunition: Felon**
(18 U.S.C. § 922(g)(1))

On or about March 30, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JOUSEPH DE JESUS REYES,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition—that is, one Glock pistol, model 19, 9mm caliber, bearing serial number BNKR625; one Glock pistol, model 23, .40 caliber, bearing serial number XKD876; 294 rounds of 9mm caliber ammunition; and 85 rounds of .40 caliber ammunition —said firearm and ammunition having been shipped and transported in interstate and foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**<u>COUNT TWO</u>**
**Illegal Possession of a Machinegun**
(18 U.S.C. § 922(o))

On or about March 30, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JOUSEPH DE JESUS-REYES,

did knowingly possess a machinegun—that is, one Glock pistol, model 19, 9mm caliber, bearing serial number BNKR625 which was modified to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Count One and Two, the defendant,

JOUSEPH DE JESUS-REYES,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense and any firearm and ammunition seized in this case, including, but not limited to: one Glock pistol, model 19, 9mm caliber, bearing serial number BNKR625; one Glock pistol, model 23, .40 caliber, bearing serial number XKD876; 294 rounds of 9mm caliber ammunition; 85 rounds of .40 caliber ammunition; seven 9mm magazines and five .40 caliber magazines. All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: _____

W. STEPHEN MULDROW
United States Attorney

_____
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes Division

_____
César E. Rivera Díaz
Assistant United States Attorney
Violent Crimes Division